

**INCOME IS PAID IN BRAZILIAN REAL, SO 14,000/MONTH REAL= $3,845.00/MONTH USD**

```
-------------------------------------------------------------------------------------------------------------------
|Name         : Saadallah Abedine         |Location   : Qatar            |Company cd :  Al Jazeera Media Network  |
|Staff No.  :      23249                  |Division   : Doha             |Emp group  :  Permanent                 |
|Pay period : 01.01.2023   -   31.01.2023 |Pay area   : AJMN QR-REG-Monthly |                                     |
-------------------------------------------------------------------------------------------------------------------
|Transfer date    Account No.    &      Name            Amount      =      Earnings       -      Deductions        Currency   |
|------------------------------------------------------------------------------------------------------------------|
|26.01.23         100320448      & QATAR ISLAMIC BANK   14,000.00   =     14,000.00       -          0.00             QAR    |
-------------------------------------------------------------------------------------------------------------------

  ---------------------------------------------------------------------     ------------------------------------
 |Earnings                          | Deductions                       |   |Loan balance                        |
  ---------------------------------------------------------------------     ------------------------------------
 |Basic Pay             |  14,000.00|                        |         |   |                      |             |
 |                      |           |                        |         |   |                      |             |
 |                      |           |                        |         |   |                      |             |
 |                      |           |                        |         |   |                      |             |
 |                      |           |                        |         |   |                      |             |
 |                      |           |                        |         |   |                      |             |
 |                      |           |                        |         |    ----------------------|-------------|
 |                      |           |                        |         |   | Unpaid  Absence (Days)|        0.00|
 |                      |           |                        |         |    ----------------------|-------------|
 |                      |           |                        |         |   |                      |             |
 |                      |           |                        |         |   |                      |             |
 |                      |           |                        |         |   |                      |             |
 |                      |           |                        |         |   |                      |             |
  -------------------------------------------------------------------       |                      |             |
 |Total                 |  14,000.00|Total                   |    0.00 |   |                      |             |
  -------------------------------------------------------------------       ------------------------------------
                                    -------------------------------------------------------------
                                   |Take Home Pay                                      14,000.00 |
                                    -------------------------------------------------------------

  -----------------------------------------------------------------------------------------------------------------
 |    Other Details              | Leave              |    Eligible     |     Used           |    Balance         |
  -----------------------------------------------------------------------------------------------------------------
 | Cost Center -    3021010000   | Annual Leave       |        0.00     |        0.00        |        0.00        |
 |                               | Annual Leave C/Over|        0.00     |        0.00        |        0.00        |
 |                               | Sick Leave         |       10.00     |        0.00        |       10.00        |
 |                               |                    |                 |                    |                    |
 |                               |                    |                 |                    |                    |
 |                               |                    |                 |                    |                    |
  -----------------------------------------------------------------------------------------------------------------
```



| Name       | : Saadallah Abedine           | Location | : Qatar              | Company cd : | Al Jazeera Media Network |
|------------|-------------------------------|----------|----------------------|--------------|--------------------------|
| Staff No.  : | 23249                       | Division | : Doha               | Emp group  : | Permanent                |
| Pay period : | 01.02.2023  -  28.02.2023   | Pay area | : AJMN QR-REG-Monthly |              |                          |

| Transfer date | Account No.  &  Name         | Amount    | = | Earnings   | - | Deductions | Currency |
|---------------|------------------------------|-----------|---|------------|---|------------|----------|
| 26.02.23      | 100320448   & QATAR ISLAMIC BANK | 14,000.00 | = | 14,000.00  | - | 0.00       | QAR      |

| Earnings |  | Deductions |  | Loan balance |  |
|----------|--------|------------|------|--------------|------|
| Basic Pay | 14,000.00 |  |  |  |  |
|  |  |  |  | Unpaid Absence (Days) | 0.00 |
| Total | 14,000.00 | Total | 0.00 |  |  |

| Take Home Pay | 14,000.00 |
|---|---|

| Other Details | Leave | Eligible | Used | Balance |
|---------------|-------|----------|------|---------|
| Cost Center - 3021010000 | Annual Leave       | 0.00  | 0.00 | 0.00  |
|                          | Annual Leave C/Over | 0.00  | 0.00 | 0.00  |
|                          | Sick Leave         | 10.00 | 0.00 | 10.00 |